

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2016

No. 04-16-00081-CR

Ricardo **MARTINEZ,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6697
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 26, 2016. Appellant's attorney, Patrick Montgomery did not file the brief or a motion for extension of time. This Court issued a notice of late brief on September 7, 2016, granting an extension to September 19, 2016. Patrick Montgomery still has not filed appellant's brief.

We ORDER Patrick Montgomery to file appellant's brief on or before September 30, 2016. If Mr. Montgomery does not file appellant's brief by this date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against Mr. Montgomery. *Id.* 38.8(b)(4).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2016.



Keith E. Hottle
Clerk of Court